UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   For Online Publication Only
SHERWYN BESSON,

                     Plaintiff,

                                                     **ORDER**
      -against-                                  14-CV-5337 (JMA) (GRB)

MALVERNE UNION FREE SCHOOL DISTRICT,
JAMES HUNDERFUND, VINCENT ROMANO,

                     Defendants.
-------------------------------------------------------------------X

**AZRACK, United States District Judge:**

      By letter dated June 13, 2017, defendants requested that plaintiff be placed on a payment schedule to sync his payments with those of his former co-plaintiffs, all of them being jointly and severally liable for certain costs. No objection having been filed, the Court adopts the payment schedule proposed by defendants and amends the order taxing costs against plaintiff to read:

> Costs Taxed in amount of $6,581.84 against Plaintiff, in favor of Defendants, and included in the Judgment. Plaintiff, together with Kenneth Smith and Betsy Benedith, is jointly and severally liable for costs associated with the depositions of Betsy Benedith, Sherwyn Besson, and Kenneth Smith, totaling $6,495.80. Plaintiff is independently liable for remaining costs, totaling $86.04. Cost of trial transcript disallowed because counsel has not shown that it was necessarily obtained, particularly in light of the short duration of trial. See Local Rule 54.1(c)(1); Hogan v. Novartis Pharm. Corp., 2012 WL 58998473, at *3 (E.D.N.Y. Nov. 20, 2012). Cost of copies disallowed because counsel has not shown that originals were not available, as required by Local Rule 54.1(c)(5). Additionally, the Court establishes the following payment schedule: Plaintiff is directed to pay half of the total owed by September 5, 2017. Plaintiff is further directed to pay the second half of the total owed by December 5, 2017.

      The Clerk is respectfully directed to enter judgment consistent with this order.

**SO ORDERED**.

Date: August 18, 2017
      Central Islip, New York

                                                                                                     /s/ (JMA)
                                                                                Joan M. Azrack
                                                                                United States District Judge